55 A.3d 1042

**Simeon ROBINSON, Petitioner**

v.

**ADVANCED REAL ESTATE CONCEPTS, L.P., East West Realty Group, LLC, Barbara Porges and Joshua Cohen and John D. Green, Sheriff/Philadelphia, County, Respondents.**

**No. 88 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**